UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>KAMAU CURNAL,<br><br>                Defendant. | CASE NO. MJ 17-481<br><br>DETENTION ORDER |

<u>Offense charged</u>:     Sex Trafficking of a Child - §§18:1591(a)(1) and 1591(b)(1);

Transportation of a Minor for Purposes of Prostitution - §18:2423(a)

<u>Date of Detention Hearing</u>:     November 22, 2017

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

            <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

      1.      The pending charge carries a maximum penalty of life imprisonment.

      2.      The return of an Indictment on this charge establishes a rebuttable presumption of

DETENTION ORDER
PAGE - 1

detention. Defendant has not rebutted that presumption.

    3.    Defendant and his counsel did not oppose the entry of an order of detention.

    4.    Defendant has failed to appear on multiple occasions.

    5.    he is known to carry concealed weapons and display violence toward law enforcement.

    6.    Seattle Police reported he is affiliated with a local street gang.

IT IS THEREFORE ORDERED:

    1.    Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

    2.    Defendant shall be afforded reasonable opportunity for privat consultation with counsel;

    3.    On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

    4.    The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Services Officer.

DATED this 22nd day of November, 2017.

                                s/ John L. Weinberg
                                United States Magistrate Judge